# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142903

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DOMINIC DEVON SANFORD,
     Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142903
COA: 295326
Wayne CC: 09-010160-FH

On order of the Court, the application for leave to appeal the February 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

h0718